IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**EDWARD TYRONE BROWN,**

    **Plaintiff,**

v.                                                             Case No. 1:18cv249-MW/GRJ

**KK TAYLOR,**

    **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 15. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for failure to comply with a Court order and failure to prosecute." The Clerk shall close the file.

**SO ORDERED on June 11, 2019.**

                                               **s/ MARK E. WALKER**
                                               **Chief United States District Judge**